**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **COLUMBUS OIL & GAS, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-3398253 |
| 4. | **Debtor's address** | **Principal place of business**  **PO Box 610156**  **Port Huron, MI 48060**  Number, Street, City, State & ZIP Code  **Saint Clair**  County | **Mailing address, if different from principal place of business**  **6436 Lakeshore Road**  **Fort Gratiot, MI 48059**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **COLUMBUS OIL & GAS, LLC**               Case number (*if known*)
        Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| Debtor | COLUMBUS OIL & GAS, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☑ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☑ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | COLUMBUS OIL & GAS, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 11, 2019**
MM / DD / YYYY

X **/s/ Charles U. Lawrence**               **Charles U. Lawrence**
Signature of authorized representative of debtor      Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ David R Heyboer**               Date **September 11, 2019**
Signature of attorney for debtor              MM / DD / YYYY

**David R Heyboer**
Printed name

**Heyboer Law, PLC**
Firm name

**3051 Commerce Drive, Ste 1**
**Fort Gratiot, MI 48059**
Number, Street, City, State & ZIP Code

Contact phone **8109829800**      Email address **hflaw@iwarp.net**

**47975 MI**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **COLUMBUS OIL & GAS, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 11, 2019**      X **/s/ Charles U. Lawrence**
                                        Signature of individual signing on behalf of debtor

**Charles U. Lawrence**
Printed name

**Manager**
Position or relationship to debtor

# United States Bankruptcy Court
## Eastern District of Michigan

In re **COLUMBUS OIL & GAS, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

## STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [ ] **FLAT FEE**
   - A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
   - B. Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
   - C. The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

   [ **X** ] **RETAINER**
   - A. Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **0.00**
   - B. The undersigned shall bill against the retainer at an hourly rate of $ **250.00** . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ **0.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]
   - A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   - B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   - C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   - D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   - E. Reaffirmations;
   - F. Redemptions;
   - G. Other: **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6. The source of payments to the undersigned was from:
   - A. **XX** Debtor(s)' earnings, wages, compensation for services performed
   - B. _____ Other (describe, including the identity of payor) _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: **September 11, 2019**

**/s/ David R Heyboer**  
Attorney for the Debtor(s)  
**David R Heyboer**  
**Heyboer Law, PLC**  
**3051 Commerce Drive, Ste 1**  
**Fort Gratiot, MI 48059**  
**8109829800 hflaw@iwarp.net**

Agreed: **/s/ Charles U. Lawrence**  
**Charles U. Lawrence**  
Debtor

Debtor

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **COLUMBUS OIL & GAS, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AMANDA FREEMAN BURR<br>1615 River Road<br>Saint Clair, MI 48079 | LLC Member of Sputnik | | LLC member of Sputnik |
| BETRUS ENTERPRISES, LLC<br>2848 BARDAMAR DRIVE<br>Fort Gratiot, MI 48059 | | | |
| BIGARD AND HUGARD<br>5580 VENTURE WAY<br>Mount Pleasant, MI 48858 | | | |
| BRADLEY MCMATH<br>5447 SHOREWOOD<br>FORT GRATIOT, MI 48059 | | | |
| BRETTSCHNEIDER LAND INVESTMENT LLC<br>8454 LAKESHORE ROAD<br>FORT GRATIOT, MI 48059 | | | |
| C-BYRD LLC<br>2699 WHITNEY PLACE<br>FORT GRATIOT, MI 48059 | | | |
| C.P.A. BORTON, LLC<br>8236 RYNN ROAD<br>AVOCA, MI 48006 | | | |
| CENTER JUNCTION CORPORATION<br>1211 AUTUMN RIDGE<br>SAN ANTONIO, TX 78258 | | | |
| CHARLES J. KNOWLTON REVOCABLE TRUST<br>2444 STRAWBERRY LANE<br>PORT HURON, MI 48060 | | | |
| COLD CREEK CORPORATION<br>1211 AUTUMN RIDGE<br>SAN ANTONIO, TX 78258 | | | |
| D.A.C.K. INVESTMENTS LLC<br>19148 CALVIN HILL RD.<br>CASSOPOLIS, MI 49031 | | | |

In re: **COLUMBUS OIL & GAS, LLC** Case No. _____
                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DAN AND ANNE FALK**
**2965 NORTH RIVER ROAD**
**FORT GRATIOT, MI 48059**

**DAN AND DONNA GALLAGHER**
**3071 NORTH RIVER ROAD**
**FORT GRATIOT, MI 48059**

**DEAN J. AND LEILANI S. WHITTENBURG**
**2370 WATERFALL LANE**
**COLUMBUS, OH 43209**

**DEAN S. PETITPREN REV LIVING TRUST**
**415 LAKESHORE ROAD**
**GROSSE POINTE FARMS, MI 48236**

**DORIS KUHNS**
**1211 AUTUMN RIDGE**
**SAN ANTONIO, TX 78258**

**FRANKLIN YOUNG**
**3170 NORTH RIVER ROAD**
**FORT GRATIOT, MI 48059**

**GALLAGHER FAMILY TRUST**
**5506 DENMARK DRIVE BOX 219**
**Bradenton, FL 34207**

**GARY BREUHAN**
**916 N. RIVERSIDE AVE.**
**ST. CLAIR, MI 48079**

**GERALD J. KRAMER**
**2906 STRAWBERRY LANE**
**PORT HURON, MI 48060**

**J. PATRICK WARD FAMILY TRUST**
**2615 WHITNEY PLACE**
**FORT GRATIOT, MI 48059**

**JOHN W. WIRTZ**
**4216 FAIRWAY DRIVE**
**FORT GRATIOT, MI 48059**

**KMHK**
**1211 AUTUMN RIDGE**
**SAN ANTONIO, TX 78258**

In re: **COLUMBUS OIL & GAS, LLC** Case No. _____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LINDA KEMPF**<br>**849 RIVERVIEW LANE**<br>**MARYSVILLE, MI 48040** | | | |
| **MELVYN WALLBANK**<br>**2121 BEARD ST.**<br>**PORT HURON, MI 48060** | | | |
| **MICHAEL AND CATHERINE FRUGE**<br>**7978 ALCONA CT.**<br>**THOMPSONVILLE, MI 49683** | | | |
| **MINDI FYNKE**<br>**C/O EHIM 26711 NORTHWESTERN HWY.**<br>**STE. 400**<br>**SOUTHFIELD, MI 48033** | | | |
| **P.A.C.K. INVESTMENTS**<br>**20071 WOODLINE APT. 9**<br>**EDWARDSBURG, MI 49112** | | | |
| **RANDALL F. AND CAROLE L. BURGETT**<br>**541 BARTOW**<br>**ST. SIMONS ISLAND, GA 31522** | | | |
| **ROBERT KEMPF**<br>**849 RIVERVIEW LANE**<br>**MARYSVILLE, MI 48040** | | | |
| **STEVEN SATOVSKY**<br>**4612 WENDRICK**<br>**WEST BLOOMFIELD, MI 48323** | | | |
| **SUSAN AND BOB WHITE**<br>**9706 N. 17TH STREET**<br>**PLAINWELL, MI 49080** | | | |
| **SWEENEY PROERTIES, LLC**<br>**5044 LAKESHORE ROAD**<br>**LAKEPORT, MI 48059** | | | |
| **THEODORE KUHNS III**<br>**1211 AUTUMN RIDGE**<br>**SAN ANTONIO, TX 78258** | | | |
| **THOMAS G. AND CHRISTINE D'LUGE**<br>**6700 LAKESHORE ROAD**<br>**LAKEPORT, MI 48059** | | | |

List of equity security holders consists of 5 total page(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **THOMAS G. D'LUGE TRUSTEE**<br>**6700 LAKESHORE ROAD**<br>**LAKEPORT, MI 48059** | | | |
| **THOMAS WARD**<br>**2922 CANAL DRIVE**<br>**PORT HURON, MI 48060** | | | |
| **TROM, LLC**<br>**73562 MEMPHIS RIDGE ROAD**<br>**RICHMOND, MI 48062** | | | |
| **WAGNERS INVESTMENTS, LLC**<br>**4747 CASEY DRIVE**<br>**DRYDEN, MI 48428** | | | |
| **WENDY THOMPSON**<br>**4166 GRATIOT AVE.**<br>**Port Huron, MI 48060** | | | |
| **WFIC LLC**<br>**1105 24TH STREET**<br>**Fort Gratiot, MI 48059** | | | |
| **WILLIAM JORDAN III**<br>**152 KEELSON**<br>**Detroit, MI 48215** | | | |
| **WILLIAM ROBBINS**<br>**4830 LAKESHORE ROAD**<br>**Fort Gratiot, MI 48059** | | | |
| **WILLIAM STERN**<br>**4524 STRANDWYCK**<br>**WEST BLOOMFIELD, MI 48322** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 11, 2019**     Signature **/s/ Charles U. Lawrence**
                                                                              **Charles U. Lawrence**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.

List of equity security holders consists of 5 total page(s)

In re: **COLUMBUS OIL & GAS, LLC**　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **COLUMBUS OIL & GAS, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 11, 2019**

/s/ **Charles U. Lawrence**  
**Charles U. Lawrence**/**Manager**  
Signer/Title

ADVANTAGE ELECTRIC, LLC
PO BOX 5119
2238 TRAVERSEFIELD DR.
TRAVERSE CITY, MI 49696-5119


AT & T
PO BOX 8100
AURORA, IL 60507-8100


BAKER HUGHES
PO BOX 301057
DALLAS, TX 75303-1057


BELL OIL
c/o Thomas D'Luge
670 Lakeshore Road
Fort Gratiot, MI 48059


CAPITAL ONE BANK
PO BOX 60024
CITY OF INDUSTRY, CA 91716-0024


CHARLES U. LAWRENCE TRUST
6436 Lakeshore Road
Fort Gratiot, MI 48059


DAKOTAH OIL
PO BOX 25
ALLEN, MI 49227


DTE ENERGY
PO BOX 740786
CINCINNATI, OH 45274-0786


DYCK SECURITY SERVICES
2425 MINNIE STREET
PORT HURON, MI 48060


ESCO
1126 KENT STREET
ELKHART, IN 46514-1740


EXCEL SITE RENTALS
1530 ENTERPRISE DRIVE
KALKASKA, MI 49646

FIRST BANKCARD
PO BOX 2814
OMAHA, NE 68103-2814


FLINTOFF & KLEIN
2149 JOLLY RD
SUITE 500
OKEMOS, MI 48864


FLOWTEK INC.
PO BOX 1310
KALKASKA, MI 49646


FRONTIER
PO BOX 2951
PHOENIX, AZ 85062-2951


GALLAGHER, FLINTOFF & KLEIN, PLC
2408 LAKE LANSING ROAD
LANSING, MI 48912


IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO, IL 60673-1247


J AND H OIL COMPANY
PO BOX 9464
WYOMING, MI 49509


JET SUBSURFACE
450 SIDES DRIVE
PO BOX 1866
GAYLORD, MI 48734


KEVIN J. RORAGEN
124 West Allegan
Suite 700
Lansing, MI 48933


KINGSLY COMPRESSION
3750 SOUTH NOAH DRIVE
SAXONBURG, PA 16056

LOOMIS, EWERT, PARSLEY, DAVIS & GOTTING,
124 WEST ALLEGAN, SUITE 700
LANSING, MI 48933


MACALLISTER MACHINE CO. INC.
DEPT 78731
PO BOX 78000
DETROIT, MI 48278-0731


MICHIANA RECYCLING & DISPOSAL
PO BOX 1148
NILES, MI 49120


MID CITY SUPPLY CO, INC.
940 INDUSTRIAL PARKWAY
ELKHART, IN 46516-5599


MIDWEST ENERGY COOPERATIVE
901 E. STATE STREET
PO BOX 127
CASSOPOLIS, MI 49031


MIKA MEYERS, PLC
900 MONROE AVENUE NW
GRAND RAPIDS, MI 49503


PRAXAIR DISTRIBUTION
DEPT CH 10660
PALATINE, IL 60055-0660


RDC COMPUTER AND NETWORK SERVICES, LLC
9307 SCOTTY OAKS
HELOTES, TX 78023


SARA L. CUNNINGHAM
124 West Allegan
Ste 700
Lansing, MI 48933


SPL, INCORPORATED
PO BOX 842013
DALLAS, TX 75284-2013

```
THE CINCINNATI INSURANCE COMPANY
PO Box 145496
Cincinnati, OH 45250-5496
```