# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BAKER HUGHES  PO BOX 301057  DALLAS, TX 75303-1057 | | | | | | $6,900.00 |
| CAPITAL ONE BANK  PO BOX 60024  CITY OF INDUSTRY, CA 91716-0024 | | | | | | $18,207.00 |
| CHARLES U. LAWRENCE TRUST  6436 Lakeshore Road  Fort Gratiot, MI 48059 | | | | | | $18,500,000.00 |
| DAKOTAH OIL  PO BOX 25  ALLEN, MI 49227 | | | | | | $12,000.00 |
| FIRST BANKCARD  PO BOX 2814  OMAHA, NE 68103-2814 | | | | | | $11,169.00 |
| FLINTOFF & KLEIN  2149 JOLLY RD  SUITE 500  OKEMOS, MI 48864 | | | | | | $20,885.00 |
| FLOWTEK INC.  PO BOX 1310  KALKASKA, MI 49646 | | | | | | $103,000.00 |
| FRONTIER  PO BOX 2951  PHOENIX, AZ 85062-2951 | | | | | | $1,300.00 |

| Debtor | COLUMBUS OIL & GAS, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GALLAGHER, FLINTOFF & KLEIN, PLC<br>2408 LAKE LANSING ROAD<br>LANSING, MI 48912 | | | | | | $125,000.00 |
| IPFS CORPORATION<br>24722 NETWORK PLACE<br>CHICAGO, IL 60673-1247 | | | | | | $1,000.00 |
| JET SUBSURFACE<br>450 SIDES DRIVE<br>PO BOX 1866<br>GAYLORD, MI 48734 | | | | | | $6,643.82 |
| KINGSLY COMPRESSION<br>3750 SOUTH NOAH DRIVE<br>SAXONBURG, PA 16056 | | | | | | $12,250.00 |
| MACALLISTER MACHINE CO. INC.<br>DEPT 78731<br>PO BOX 78000<br>DETROIT, MI 48278-0731 | | | | | | $17,395.00 |
| MID CITY SUPPLY CO, INC.<br>940 INDUSTRIAL PARKWAY<br>ELKHART, IN 46516-5599 | | | | | | $2,028.00 |
| MIDWEST ENERGY COOPERATIVE<br>901 E. STATE STREET<br>PO BOX 127<br>CASSOPOLIS, MI 49031 | | | | | | $9,500.00 |
| MIKA MEYERS, PLC<br>900 MONROE AVENUE NW<br>GRAND RAPIDS, MI 49503 | | | | | | $90,000.00 |
| PRAXAIR DISTRIBUTION<br>DEPT CH 10660<br>PALATINE, IL 60055-0660 | | | | | | $1,000.00 |

| Debtor | COLUMBUS OIL & GAS, LLC | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| RDC COMPUTER AND NETWORK SERVICES, LLC 9307 SCOTTY OAKS HELOTES, TX 78023 | | | | | | $525.00 |
| SPL, INCORPORATED PO BOX 842013 DALLAS, TX 75284-2013 | | | | | | $700.00 |
| THE CINCINNATI INSURANCE COMPANY PO Box 145496 Cincinnati, OH 45250-5496 | | | | | | $10,000.00 |